# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 120 WAL 2015

              Respondent   :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

             v.   :

PATRICK LEROY RUGG,   :

              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.